IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **REGINALD BANKS,** | § § § | |
| *Plaintiff* | § § | |
| v. | § § | **Civil Action No. 2:2007CV0551** |
| **BLITZ U.S.A, INC.,** | § § | |
| *Defendants*. | § § § | |

### ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE

After considering Plaintiff's *Stipulation of Dismissal Without Prejudice*, the Court GRANTS the stipulation and dismisses the case *without prejudice* to refiling.

SIGNED this 3rd day of November, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE